■ GLORIA ALLEN et al., Appellants-Respondents, v GENERAL ELECTRIC COMPANY et al., Respondents-Appellants. (Appeal No. 1.) [820 NYS2d 912]—Appeal and cross appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered June 17, 2005. The order, inter alia, granted in part defendants' motion for summary judgment dismissing the claims for medical monitoring expenses.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed and the order is affirmed without costs.

Same memorandum as in *Allen v General Elec. Co.* (32 AD3d 1163 [2006]). Present—Pigott, Jr., P.J., Scudder, Kehoe, Smith and Green, JJ.

■ GLORIA ALLEN et al., Appellants, v GENERAL ELECTRIC COMPANY et al., Respondents. (Appeal No. 2.) [820 NYS2d 918]— Appeal from an amended order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered June 28, 2005. The amended order, inter alia, set forth the names of the 28 plaintiffs whose claims for medical monitoring expenses were dismissed.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Allen v General Elec. Co.* (32 AD3d 1163 [2006]). Present—Pigott, Jr., P.J., Scudder, Kehoe, Smith and Green, JJ.